955 F.2d 41
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Tina Ruth JOHNSON, Petitioner-Appellant,
v.
Edward W. MURRAY, Director, Virginia Department of
Corrections, Respondent-Appellee.
 No. 91-7321.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 3, 1992.
Decided Feb. 14, 1992.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, District Judge. (CA-90-1368-2)
 Tina Ruth Johnson, appellant pro se.
 Gayl Branum Carr, Office of the Attorney General of Virginia, Richmond, Va., for appellee.
 F.D.Va.
 DISMISSED.
 Before WIDENER, HAMILTON and LUTTIG, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Tina Ruth Johnson seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. § 2254 (1988). Our review of the record and the district court's opinion accepting the recommendation of the magistrate judge discloses that this appeal is without merit. Accordingly, we deny Johnson's motion for bail pending this appeal, deny a certificate of probable cause to appeal, and dismiss the appeal on the reasoning of the district court.* Johnson v. Murray, No. CA-90-1368-2 (E.D.Va. Oct. 3, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.
 
 
 
 *
 We note that in addition to having no substantive merit, all of Johnson's claims except the one raising the issue of her correct parole date were procedurally defaulted when she failed to appeal the denial of state court habeas relief. See Teague v. Lane, 489 U.S. 288 (1989); Whitley v. Bair, 802 F.2d 1487 (4th Cir.1986), cert. denied, 480 U.S. 951 (1987)